# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 86 WM 2019
:
Respondent :
:
:
:
v. :
:
:
:
ROMAN ELON JONES, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2019, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.